(*Stipulating Parties Listed on Signature Pages*)

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, 11-cv-01656 (SC) (N.D. Cal.);<br><br>*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381 (SC) (N.D. Cal);<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502 (SC) (N.D. Cal.);<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 (SC) (N.D.Cal.);<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (SC) (N.D. Cal.);<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No 11-cv-06275 (SC) (N.D. Cal.);<br><br>*Office Depot, Inc. v. Hitachi Ltd., et al.*, 11-cv-06276 (SC) (N.D. Cal.);<br><br>*Compucom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396 (SC) (N.D. Cal.);<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 (SC) (N.D. Cal.);<br><br>*P.C. Richard and Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, _____ (docket assignment pending);<br><br>*Shultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, _____ (docket assignment pending). | Case No. 11-cv-01656 SC<br>Case No. 11-cv-05381 SC<br>Case No. 11-cv-05502 SC<br>Case No. 11-cv-05513 SC<br>Case No. 11-cv-05514 SC<br>Case No. 11-cv-06275 SC<br>Case No. 11-cv-06276 SC<br>Case No. 11-cv-06396 SC<br>Case No. 11-cv-06397 SC<br>Case No. _____<br>Case No. _____<br><br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.** |

1  IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned
2  Plaintiffs and Defendant LG Electronics Taiwan Taipei Co. Ltd. ("LGETT") as follows:
3      1.  The Complaints in the above-captioned actions and all claims asserted in them by
4  Plaintiffs against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a)
5  of the Federal Rules of Civil Procedure;
6      2.  The undersigned parties jointly and respectfully request that the Court enter this
7  Stipulation as an Order.
8  **IT IS SO STIPULATED.**

9  DATED: May 18, 2012      By: /s/ Philip J. Iovieno

William A. Isaacson
Jennifer Milici
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email:  wisaacson@bsfllp.com
Email:  jmilici@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022
Email:  ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email:  piovieno@bsfllp.com
Email:  anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

|     |     |
| --- | --- |
| 1   |     |
| 2   | By: /s/   David Martinez |
| 3   | Roman M. Silberfeld, (SBN 62783) |
| 4   | David Martinez, (SBN 193183)<br>ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 5   | 2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067-3208 |
| 6   | Telephone:  (310) 552-0130<br>Facsimile:   (310) 229-5800 |
| 7   | Email:  RMSilberfeld@rkmc.com<br>Email:  DMartinez@rkmc.com |
| 8   | ***Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy*** |
| 9   | ***Purchasing LLC, Best Buy Enterprise Services, Inc.,<br>Best Buy Stores, L.P., Bestbuy.com, L.L.C., and*** |
| 10  | ***Magnolia Hi-Fi, Inc.*** |
| 11  |     |
| 12  | By: /s/   Jonathan J. Ross |
| 13  | H. Lee Godfrey<br>Kenneth S. Marks |
| 14  | Jonathan J. Ross<br>Johnny W. Carter |
| 15  | David M. Peterson<br>SUSMAN GODFREY L.L.P. |
| 16  | 1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002 |
| 17  | Telephone:  (713) 651-9366<br>Facsimile:  (713) 654-6666 |
| 18  | Email:  lgodfrey@sumangodfrey.com<br>Email:  kmarks@susmangodfrey.com |
| 19  | Email:  jross@susmangodfrey.com<br>Email:  jcarter@susmangodfrey.com |
| 20  | Email:  dpeterson@susmangodfrey.com |
| 21  | Parker C. Folse III<br>Rachel S. Black |
| 22  | Jordan Connors<br>SUSMAN GODFREY L.L.P. |
| 23  | 1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101-3000 |
| 24  | Telephone:  (206) 516-3880<br>Facsimile:  (206) 516-3883 |
| 25  | Email:  pfolse@susmangodfrey.com<br>Email:  rblack@susmangodfrey.com |
| 26  | Email:  jconnors@susmangodfrey.com |
| 27  | ***Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the<br>Circuit City Stores, Inc. Liquidating Trust*** |
| 28  |     |

- 3 -

CORRECTED STIPULATION AND [PROPOSED] ORDER DISMISSING DEF. LG ELECTRONICS TAIWAN TAIPEI CO., LTD.                                                                                                                      MDL NO. 1917

|   |   |
|---|---|
| 1 | By: /s/   David J. Burman |
| 2 | DAVID J. BURMAN (*pro hac vice*) |
| 3 | NICHOLAS H. HESTERBERG (*pro hac vice*) |
| 4 | Perkins Coie LLP |
|   | 1201 Third Avenue, Suite 4800 |
| 5 | Seattle, WA 98101-3099 |
|   | Telephone:  (206) 359-8000 |
| 6 | Facsimile:   (206) 359-9000 |
|   | Email:  DBurman@perkinscoie.com |
| 7 | Email:  NHesterberg@perkinscoie.com |
| 8 | Euphemia N. Thomopulos, Cal. Bar No. 262107 |
|   | Perkins Coie LLP |
| 9 | Four Embarcadero Center, Suite 2400 |
|   |         San Francisco, CA  94111-4131 |
| 10 | Telephone:  (415) 344.7000 |
|   | Facsimile:   (415) 344.7050 |
| 11 | Email:  EThomopulos@perkinscoie.com |
| 12 | ***Attorneys for Plaintiff Costco Wholesale Corporation*** |
| 13 |   |
| 14 | By: /s/   Jason Murray |
| 15 | Jason C. Murray (CA Bar No. 169806) |
|   | CROWELL & MORING LLP |
| 16 | 515 South Flower St., 40th Floor |
|   | Los Angeles, CA 90071 |
| 17 | Telephone:  (213) 622-4750 |
|   | Facsimile:   (213) 622-2690 |
| 18 | Email:  jmurray@crowell.com |
| 19 | ***Counsel for Plaintiffs Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.*** |
| 20 |   |
| 21 |   |
| 22 | By: /s/   James P. McCarthy |
| 23 | Jessica L. Meyer, (SBN: 249064) |
|   | James M. Lockhart (*pro hac vice*) |
| 24 | James P. McCarthy (*pro hac vice*) |
|   | Kelly G. Laudon (*pro hac vice*) |
| 25 | Lindquist & Vennum P.L.L.P. |
|   | 4200 IDS Center |
| 26 | 80 South Eighth Street |
|   | Minneapolis, MN 55402 |
| 27 | Telephone:  (612) 371-3211 |
|   | Facsimile:   (612) 371-3207 |
| 28 |   |

- 4 -

CORRECTED STIPULATION AND [PROPOSED] ORDER DISMISSING DEF. LG ELECTRONICS TAIWAN TAIPEI CO., LTD.                                                                                                                                              MDL NO. 1917

Email:  jmeyer@lindquist.com
Email:  jlockhart@lindquist.com
Email:  jmccarthy@lindquist.com
Email:  klaudon@lindquist.com

**Attorneys for Plaintiffs John R. Stoebner, As Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; And Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and Related Entities, and as Receive for Petters Company, LLC and related entities**


By:  /s/   Wilson D. Mudge

WILSON D. MUDGE (*pro hac vice*)
Email: wilson.mudge@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone:       (202) 942-5000
Facsimile:        (202) 942--5999

ERIC MASON (SBN 259233)
Email: eric.mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone:       (213) 243-4000
Facsimile:        (213) 243-4199

**Attorneys for Defendant LG Electronics Taiwan Taipei Co., Ltd.**

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:   5/22/12

Hon. Samuel Conti

*IT IS SO ORDERED*
*Judge Samuel Conti*

- 5 -